

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com     t 646.375.2119   c 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com         t 646.375.2117   c 917.238.9332

May 12, 2020

**VIA ECF**
The Honorable Robert W. Lehrburger
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      **RE:**   *United States v. Prince Uko*, **et al** 20 Cr. 179 (DLC)
            Bail conditions

Dear Judge Lehrburger:

    I represent Mr. Victor Ahaiwe in the above referenced matter.  Pursuant to Mr. Ahaiwe's bail conditions as set forth in Document #72, we are in the final stages of organizing the remaining two financially responsible co-signers.  I write to respectfully request a two-week extension of time until May 26, 2020 to secure the signatures of the final two financially responsible co-signers to the bond.

    I have spoken with the Government and the Government has no objection to my request.  Accordingly, Your Honor's immediate attention is greatly appreciated.

    I appreciate Your Honor's consideration.

                                                           Respectfully submitted,

                                                           Esere J. Onaodowan, Esq.

Attachment

CC via email: AUSA Jun Xiang

                                                           05/12/2020
                                                           SO ORDERED

                                                           DEBRA FREEMAN
                                                          United States Magistrate Judge