

**The Law Offices of**

**O&D**

**ONAODOWAN & DELINCE**

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com    t 646.375.2119  c 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com    t 646.375.2117   c 917.238.9332

May 26, 2020

**VIA ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2020
```

     **RE:**   *United States v. Prince Uko*, et al 20 Cr. 179 (DLC)
           Bail conditions

Dear Judge Cote:

    I represent Mr. Victor Ahaiwe in the above referenced matter. Pursuant to Mr. Ahaiwe's bail conditions as set forth in Document #72, we have succeeded in securing one of the three financially responsible co-signers. We have had difficulty in securing the other two financially responsible co-signers. On May 12, 2020 I wrote a letter motion to Judge Robert W. Lehrburger, requesting an extension of time until May 26, 2020 to secure the signatures of the remaining two financially responsible co-signers. Unfortunately, we were not successful in that endeavor.

    I am discussing with the Government the possibility of requesting a modification of bail conditions as we explore Mr. Ahaiwe's assets as possible collateral in place of the two additional co-signers. I write to respectfully request an additional two weeks to June 9, 2020 to acquire and submit the proper documentation to the Government for the Government's review of Mr. Ahaiwe's assets.

    I have spoken with the Government and the Government has no objection to my request. Accordingly, Your Honor's immediate attention is greatly appreciated.

    I appreciate Your Honor's consideration.

Respectfully Submitted,

Esere J. Onaodowan, Esq.

Attachment

CC via email: AUSA Jun Xiang

```
Granted. So Ordered
5/28/2020

_____
DENISE COTE
United States District Judge
```

116 West 23rd Street, 5th Fl, NY 10011 f 646 677 6918 w eocdlaw.com facebook.com/OnaodowanDelince twitter.com/OandDLaw