```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :   20cr179-11(DLC)
                                         :
              -v-                        :         ORDER
                                         :
VICTOR AHAIWE,                           :
                                         :
                     Defendant.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received an April 12 request by defense counsel to be relieved as counsel for Victor Ahaiwe, it is hereby

ORDERED that a telephone conference will be held **April 16, 2021 at 2:00 PM.**

IT IS FURTHER ORDERED that Victor Ahaiwe, his counsel, and counsel from the Government shall participate in the conference.

IT IS FURTHER ORDERED that the dial-in credentials for the **April 16** telephone conference are the following:

```
        Dial-in:        888-363-4749
        Access code:    4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

SO ORDERED:

Dated:    New York, New York
          April 13, 2021

                                    _____
                                          DENISE COTE
                                    United States District Judge