UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-                                  **REIMBURSEMENT ORDER**
                                                  **20 CR 179 (DLC)**

VICTOR AHAIWE,

    Defendant.
-----------------------------------------------------------X

Upon the application of VICTOR AHAIWE, by his attorneys, ESERE J. ONAODOWAN and KARLOFF C. COMMISSIONG, it is hereby ORDERED that counsels be reimbursed the expenses related to MR. AHAIWE'S food and lodging in New York City [beginning June 4 and] during his trial, scheduled to commence on June 7, 2021, in an amount approved by the Second Circuit case Budgeting Attorney.

                                                              **SO ORDERED**

                                                         _____
                                                         Hon. Denise L. Cote
                                                         United States District Judge

Dated: May 26, 2021
       New York, New York