UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

                                                     **TRANSPORTATION ORDER**
                                                         **20 Cr. 179 (DLC)**

VICTOR AHAIWE,

           Defendant.
------------------------------------------------------------X

      Upon the application of VICTOR AHAIWE, by his attorneys, ESERE J. ONAODOWAN

and KARLOFF C. COMMISSIONG, pursuant to 18 U.S.C. §4285, and upon a finding of

indigence and in the interests of justice, it is hereby ORDERED that the United States Marshals

Service furnish Victor Ahaiwe with funds to cover the cost of airfare from Los Angeles,

California, to New York, New York, in advance of his upcoming court appearance on Monday,

June 7, 2021 at 9:00 AM, arriving no later than Friday, June 4, 2021 at 6:00 PM; and it is hereby

further ORDERED that the aforesaid expenses shall be paid by the United States Marshals

Service.

                                      **SO ORDERED**

                              _____
                              Hon. Denise L. Cote
                              United States District Judge

Dated: May ___26___, 2021
        New York, New York