```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 UNITED STATES OF AMERICA,              :
                                        :
              -v-                       :        20cr179-11 (DLC)
                                        :
 VICTOR AHAIWE,                         :             ORDER
                                        :
                   Defendant.           :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The defendant is scheduled to appear for a final pretrial conference on June 4, 2021 at 9:30 AM, and to begin jury trial in this matter beginning June 7, 2021. In light of the ongoing COVID-19 pandemic, it is hereby

ORDERED that both the final pretrial conference and trial shall take place in Courtroom 26B, 500 Pearl Street, a courtroom reconfigured to comply with the safety protocols implemented in this district.

IT IS FURTHER ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. **To gain entry to 500 Pearl Street, follow the instructions provided here**:

> https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse. Individuals also must to wear a mask that covers their nose and mouth in the courthouses. Bandannas, gaiters and masks with valves are prohibited.

IT IS FURTHER ORDERED that counsel should make every effort to avoid the exchange of documents in paper form during the trial. Therefore, exhibits should be pre-marked and assembled sequentially in a digital folder labelled with the exhibit numbers for ready reference and be ready to be distributed digitally to the Court, counsel, and witnesses during the trial.

IT IS FURTHER ORDERED that counsel shall bring all electronic devises to be used in the presentation of evidence to the final pretrial conference to test the presentation of digital evidence during the trial with the district's IT Department.

IT IS FURTHER ORDERED that counsel should make certain that they have custody of all original exhibits. The Court does not retain them, and the Clerk is not responsible for them.

Counsel are advised that this Court's Revised Standing Order M10-468 of February 26, 2014 prohibits all personal electronic devices and general purpose computing devices except by written permission of the presiding judge. Accordingly, it hereby

ORDERED that by **June 2** at **12:00 PM**, counsel shall fill out the attached form and send it to this Court's Chambers email inbox at Cotenysdchambers@nysd.uscourts.gov to request permission to bring any personal electronic devices or general purpose computing devices into the courthouse.

Dated: New York, New York
May 27, 2021

                                                   DENISE COTE
                                       United States District Judge