```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :    20-CR-179-11 (DLC)
UNITED STATES OF AMERICA,                  :
                                           :         ORDER
              -v-                          :
                                           :
VICTOR AHAIWE,                             :
                                           :
                      Defendant.           :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

    For the reasons set forth on the record on June 10, 2021, it is hereby

    ORDERED that the defendant Victor Ahaiwe (D.O.B. 12/14/1965) is remanded to the custody of the United States Marshal's Service.

Dated:    New York, New York
            June 10, 2021

                                          _____
                                                DENISE COTE
                                      United States District Judge