August 23, 2021

The Honorable Judge Denise L Cote

United States District Court

Southern District Of New York



Your Honor,

This is Chioma Ahaiwe, the wife of Victor Ahaiwe (Case #20-cr-00179-DLC). I am writing with great humility and sincerity. I have been looking for a way to ensure the letters from Churches, Communities and family members gets to you on time. I have Sent in the letters to my husband's lawyer (Mrs Eseve) but not sure if she has Sent them to you, as she has not Communicated that with me. I decided to send them in my self. Attached are the scanned Copies I have. The Original Copies has been mailed and emailed to Mrs Eseve last week of July and 1st Week of August. I am not sure if you have received them. I decided to send them to you via the Court.

Thank you so much for your great support on this case.

Yours faithfully,

Chioma Ahaiwe



**ST. JAMES' IN-THE-CITY
EPISCOPAL CHURCH**
*Respecting the dignity of every human being*

July 4, 2021

The Honorable Denise L. Cote
United States District Court
Southern District of New York

Your Honor,

I am the rector (minister) of St. James in the City Episcopal/Anglican Church, in Los Angeles, writing to you to share words of strong support for Victor Ahaiwe (Case # 20-cr-00179-DLC), a loyal and highly regarded member of my congregation. Victor has been a dedicated parishioner here for decades and is valued as trustworthy and community minded. Recently I was conducting pre-marital counseling for a young couple, and the young man said that, when he immigrated to the United States, Victor invited him to live in his home until he found a job, encouraged him in his medical studies, and mentored him every step of the way. He said, "I might not have succeeded without his support." Victor has similarly encouraged and mentored many young people in this way, believing it to be his duty to share what he has and to help others.

Furthermore, Victor Ahaiwe participates in our African Christian Fellowship, a group within our church community noted for their fundraising for important causes, such as our food pantry and soup kitchen. Because homelessness in LA is at a crisis level, such giving is of vital importance.

On a personal level, Victor Ahaiwe is caring and kind. Before the pandemic, I was honored to baptize his youngest son, now aged 2, and enjoy the presence of his two other children (ages 5 and 11) in church school. These children are still young and they desperately need their loving dad in their lives during these formative years.

Victor Ahaiwe is a faithful Christian, someone who grew up steeped in the faith, and who prays to God for guidance in his life. I know he is praying now for your mercy, just as all of us who know and love Victor are praying. He is a special person who is respected and appreciated by his church family. I am asking you to show mercy and consider an early release for Victor. His family and his church need him.

Finally, I would welcome the opportunity to speak with you by phone if you would like more information. Please do not hesitate to reach out (phone numbers below). I am deeply grateful to you for your consideration.

Sincerely,

*Kate Cress*

The Rev. Dr. Kate Cress
Work 213-388-3417 ▮▮▮▮▮▮



The Honorable Judge Denise L Cote

United State District Court

Southern District of New York

New York, NY 10007

Re: Victor Ahaiwe

Dear Judge Denise L Cote,

My name is Chioma Ahaiwe, the wife of Victor Ahaiwe. I am writing this letter in humility and
honesty.  Mr. Victor has been my husband for 13 years. We got married in America in 2015 when he
brought me to United State. His elder brother is married to my elder sister. That was where the
relationship started.  I was a still super young, 5 years old when his brother began dating and then
married to my elder sister. I have 3 kids with him, have a stepson and his nephew whom he chose to
be his son at tender age and other relatives who stays with us. We are all living as a family and highly
look up to him.

I totally understand the criminal case Mr. Victor Ahaiwe has currently. I and the kids have been
troubled, depressed and devasted to hear about this case as he has been a father figure, husband
figure, a disciplinarian. I and the kids have been in emotional tornado of fear, shame and depression.
My husband confessed to me of the serious poor judgement he exhibited and expressed both remorse
and strong desire to turn a new leaf. Victor expressed profound regret, and sincerely apologize for the
uncivil manner with which he conducted himself.  Victor consistently expresses to me his regrets and
how sober he is to the families of those that he has offended, the Paramole family, and my family,
who least expected this shameful type of behavior from him.  My husband will develop the new skills
needed to avoid making such a poor decision. As my husband, I have been aware of some personal
difficulties he is going through, that leads him into drinking several bottles of alcohol and gin a lot.
These difficulties must have overwhelmed him and severely compromised his ability to cope with life.
I believe my husband has every intention of improving.

Victor Ahaiwe has been a great support system. His support and encouragement throughout my
nursing school days. He worked as a security guard, worked in graveyard, was also an uber driver. He
rarely sleeps in the house to ensure ends meet. He is everything to my family and made sure I and the
kids are comfortable before he thinks about himself. He does the whole school runs, he makes sure
we eat before he eats, he was so committed to his work as he works day and night shift to make sure
ends meet and still make out time for school runs. My three minor kids cry daily looking for their
father. I remember when the counselor to my tender son called me from school and expressed how
my son has not been concentrating in school because he has not seen his father. I have not been able
to answer the questions till date. The community call him "illustrious son" because of his positive
impacts he created in the life of the youths and community. He feeds the homeless community. He

clothes the homeless community. Victor is the most kind-hearted and loving man you could ever imagine. I realize that might be difficult to appreciate given his crime, but this big mistake does not reflect how Victor. Victor created numerous businesses. He has always been very generous in giving back to the community by donating time and money to local causes.  Victor is also a great father. He frequently drives our children to and from school, regardless of his busy work schedule, and lovingly ferries them to soccer, Tae Kwon Do, and volleyball activities. He's very nurturing and always puts his family first. It saddens me to know that whatever pressure he felt to ensure ends meet led Victor to this awful situation. I am despondent knowing that I will lose his company and support for an extended period because he was afraid to disappoint our family.  School is in session. It is difficult to do school runs and work at the same time. I cannot handle the bills, from house rent of 3200, monthly car insurance, monthly 2 car note bills, gas bills, water bills, internet bills, school loans, internet bills, phone bills, etc. I resigned from my job last July. I could not cope with my job due to my mental instability and has no one to take care of my 3 minor kids. We are evicted from the house. Our last day in ███████████████████████. It is hard without Victor Ahaiwe.

Victor always dreamed of being a doctor, but he lost that opportunity when he was only sixteen after his father was murdered. I, in turn, had a passion for being a nurse. Victor nurtured my passion by being a great support system, driving me back and forth, to school during my nursing school days and taking care of our children so I could attend to my studies. I gave birth to all our children via a Caesarean procedure, leaving me highly incapacitated for several months after each delivery. Victor took care of our home and children all by himself after each birth so I could recuperate.

Victor is highly active in our church. He has given many donations, including providing supplies and paying the church's rent for six months. Victor also donates to local causes and provides food, clothing, and jobs to those in need. He helped bring many people out of homelessness by employing them in grocery stores and hair salons he owned. People think very highly of Victor, calling him "Doc" as a term of reverence. He is a leader in our church and even learned CPR so he could come to the aid of anyone in need.  That's the type of person he is. The news of Victor's crime has sent shockwaves through the community and our family. Our children are having a tough time living without their father since they have such an extremely close relationship.

Victor Ahaiwe has thus shown a steadfast and resolute demeanor in moving this mistake in a constructive and positive manner. Victor has acknowledged his poor judgement, he regrets finding himself in this act, he is so remorseful to those families affected and has decided to turn a new leaf and willing to make restitution if given a second chance. It is my hope that this letter regarding Victor and his criminal case will act as a positive and contributing factor for leniency at the time of sentencing.  Victor Ahaiwe is a valuable individual in my family, in the life of his kids, his nephews, nieces, cousins, in his extended family, in the life of the widows in the life of the youths, homeless population, community, ███████████████████████ I beckon on the honorable Judge for mercy. I beckon on the honorable judge for leniency during the time of sentencing.

Yours respectfully

Chioma Ahaiwe

 **HOLY TRINITY ANGLICAN CHURCH**
LOS ANGELES CALIFORNIA.
2616 W El Segundo blvd. #1 Gardena CA 90249

--------------------------------------------------------------------------------

July 5th. 2021

To

The Honorable Denise L. Cote
United States District Court
Southern District of New York.

Your Honor,

My name is Ven. Chris Odoemena and I am the rector of the Holy Trinity Anglican Church, Los Angeles California. With all due respect I am writing this letter with a humble request and support of character on behalf of Victor Ahaiwe (Case #20-cr-00179-DLC).

Victor Ahaiwe was a founding member of Holy Trinity Anglican Church, some 16 years ago. Before he left for the other Church which was very close to his house, he voluntarily paid for six months of the church rent and bought the first church Organ/piano.

Victor Ahaiwe has been a very supporting member of the Igbo community here in Los Angeles. I know him to be a compassionate and dutiful friend and family man. He is a very hardworking Counselor and had done many good things in life. He has provided job to many as a Security Agency.

I know today, he has been going through a very tough time, and for that I am requesting as his Pastor to show him some mercy as his family and little kids really need him and his earnings.

Thank you for taking the time to read my letter. If you will like to speak to me, I can be reached at (            )

I am grateful and sincerely appreciate your kind consideration.

Sincerely,

Ven. Dr. Chris Odoemena

June 14, 2021

Dr. Wellington C. Onyenwe

███████████████████████

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Prince Uko, et al* 20 Cr. 179 (DLC)

With Highest Regards To The Honorable Denise L. Cote,

It is with the utmost respect and humility that I beseech the court to exercise due mercy, compassion and clemency to one, Victor Okechukwu Ahaiwe. Mr. Ahaiwe is a moral individual filled with eleemosynary character traits. He is an altruistic father, selfless mentor, compassionate brother, dependable friend and most importantly, my cherished uncle. I immigrated to this country as a young child with a modest, yet assiduously diligent family that epitomized dedication to continued progress and edification. Mr. Ahaiwe has continued to act as a steadfast pillar in our family and was a major factor in my educational success and maturation as a young man in both South-Central Los Angeles and Compton California. To state that formative years in these tumultuous communities for any young African American male is arduous, would be an egregiously gross understatement. There are innumerable negative influences that plague youth such as gang activity, prostitution, drug abuse and other nefarious behaviors. Mr. Ahaiwe, my uncle, provided a safe-haven for not only his own children, but also his nieces and nephews in the family.

The number of life lessons that we all learned while maturing with him are not taken for granted and stay with me to this day. At such a young age we learned the importance of various trades while keeping education and higher learning at the forefront. These experiences sheltered us all away from negative influences and provided a way to instill proper business acumen that we could use in our professional lives. He taught us that the value of hard work not only translated into currency, but that it also paid dividends to our continued positive growth, as it pertains to values, morals and ethics. I've witnessed firsthand that not all of my adolescent peers were afforded this same opportunity to have this type of safe-haven and mentor of magnanimous stature and character. Today, I can proudly say that I have served both domestically and internationally as a frontline emergency responder for COVID-19 and many previous public health events as a doctor of toxicology, while mentoring youth, as my uncle mentored me. This, your honor, is an example of just one life that Mr. Ahaiwe has touched.

Whenever possible, Mr. Ahaiwe provided opportunities and second chances for so many in various communities, hiring and employing individuals from all walks of life. He embodies the spirit of an excerpt from our dear poem located in the pedestal of the Statue of Liberty, "Give me your tired, your poor, your huddled masses yearning to breathe free, the wretched refuse of your teeming shore. Send these, the homeless, tempest-tossed to me, I lift my lamp beside the golden door." Mr. Ahaiwe created a way for many who had none, in various communities, especially the church and homeless communities across Los Angeles. The lasting impact that Mr. Ahaiwe has on those he has crossed paths with is both incredible and inimitable.

In this very moment of time, we are all in a constant state of rumination and perturbation. Moreover, at the forefront of these thoughts is the fact that there are four lives right now that significantly depend on him; his wife and three young children. Unfortunately, there is the potential that my dear cousins may be without what I was fortunate to have for over three decades, an elder positive male influence. Statistics have revealed the severe impacts on child development and negative societal pressures due to fatherless homes. I draft this communication to you coming from a stature of pure humility and seeking grace for Mr. Ahaiwe. I draft this communication to you as a young professional that overcame countless obstacles in such a time of instability within underserved and underrepresented communities because of the tutelage of Mr. Ahaiwe. Lastly, I draft this communication to you as an uncle of ███████████████, ███████████████████; one adolescent child and two pre-school children, all belonging to Mr. Ahaiwe. Your honor, I express the sincerest gratitude and thank you immensely for your gravitas and consideration dealing with this current state of affairs.

Respectfully,

Wellington C. Onyenwe, PHD, MPH, BS

**The Honorable Denis L. Cote**
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Humphrey T. Ahaiwe**



*Re: United States v. Prince Uko, et al (1:20-cr-00179-DLC)*

I humbly write with highest respect to the Honorable Denise L. Cote, requesting mercy, leniency, and forbearance on behalf of Mr. Victor Okechukwu Ahaiwe, who was convicted on three (3) notable counts, and is awaiting sentencing. Mr. Victor Okechukwu Ahaiwe is my immediate older brother who mentored and effortlessly steered me toward the right directions, constructive decision making, and positive influence amidst empathic apprehensions over life challenges.

Your Honor, I appreciate the manner with which you have conducted the hearing, especially your fairness and steadfastness throughout the trial and I clearly understand that Mr. Victor Okechukwu Ahaiwe was fairly convicted on the three (3) notable counts.

Since we lost our father at an early childhood age, Mr. Victor Okechukwu Ahaiwe has been my role model who positively nurtured my developmental empathy for others; and I faithfully followed his lead, from our childhood as reputable Church choristers (*attached photos*), to the present day as married men and admirable fathers to our children.

Mr. Victor Okechukwu Ahaiwe has been the main provider for his family of four, with the three youngest children ages                                                                           He has been diligently supporting his wife through her advance nursing education to further her career with variable slogs from one menial part-time nursing job to another, while he continues to maintain the main financial needs of his family. As such, since his relegation to the Court's remand due to his conviction, friends and families, including some faith-based organizations have reached out to his wife to provide the much-needed moral support, which clearly shows that Mr. Victor Okechukwu Ahaiwe is truly loved in the community.

Mr. Victor Okechukwu Ahaiwe has categorically regretted his actions, is incredibly remorseful, and is willing to do whatever it takes to make reparations. I strongly believe him because I know him well and humbly request a lenient sentence as time in prison will certainly put his family in severe financial and emotional difficulty.

Your Honor, with utmost adoration and gratitude, I thank you for taking the time to read my letter, and respectfully urge you once again to reconsider the sentencing guidelines with clemency and compassion for my beloved brother, Mr. Victor Okechukwu Ahaiwe.

Respectfully Submitted,

Humphrey T. Ahaiwe





Dear, Judge

My name is ███████ and I am 11 years old. I beg of you to release my dad, I understand that he has offended you, and the government. Please forgive him. My dad is my life; my dad is everything to me; he is everything to my sister, and he is everything to my brother. Please don't take my dad away from me. My success is in his hands. He takes me everywhere I need to go, and he helps me with everything I need to do. I cry everyday in search of my father. I beg you to have mercy on my dad and release him so I can have a dad again. All of my friends at school have their father, I want to have my father back. I don't want to live without my dad at this time. My mom can not handle everything alone. The landlord already told us to vacate where we are living now. My mom does not have money. I don't want to be homeless. My dad can help us get another house, I need my father in my life, my sister needs my dad, and my brother needs my dad. I beg you to have mercy on my dad and forgive him in the name of God. Please release him to come back home, so I can be happy again.

Dear Judge

My name is ███████████. I am 5 Years old. I miss my Dad. I love my Da Please forgive My Dad so He can come Home. I dreamt My Dad came back Home. My Dad take me to School. my Dad will celebrate my birthday on october. Iam not happy that I have not seen My Dad. My little brother ███ is sad and cry to see Dad.

Dear Judge Please forgive and release my Dad to come home. I will give you my toys And my candy. My Dad does every thing for me and my brothers. Iam praying for my Daddy.

7-24-2021PP

The Honorable Judge Denise L Cote

United States district court For

the Southern district of New York

New York, NY 10007

Dear Judge

I'm writing this letter to plead leniency on behalf of Victor Ahaiwe. I've known victor Ahaiwe since I

was a little boy because he happens to be my uncle who has taken the father role with pride and dignity.

Both He and I understand the full extent of his convictions. Which was a grievous mistake on his end. I

won't make excuses for his mistake but please I would like to shed a light on why I believe the gentleman

before you deserve leniency.

Victor Ahaiwe is a father of 4 children below the age of 18(also a father to me and many more in

our hometown in Nigeria) He has people who have learnt to depend on him. Without him certainly I

couldn't pay for my college. He stepped up and did not only take the father role and paid for my tuition,

but he also gave me a room in his home and became the father figure that has never been present for me;

for that I'm eternally indebted to him. Victor Ahaiwe hasn't just been doing this to only me, he works as a

counselor in a rehabilitation center. Helping people with different types of addictions get their lives back

on track, many individuals with cocaine, meth and many more addictions have been rehabilitated and we

have him to thank for that, he has been helping the community. If they were one thing I know about him,

he gives back to his community as much as he possibly can. Without a shadow of a doubt, I am certain

that he's gone through penance. Your Honor we all trust your judgment, but we hope that you'll

understand that he is needed more Out here than within a confined cell.

Cell phone number: ████████

Your Sincerely

Divine Joshua



**BLOOD OF JESUS PRAYER AND DELIVERANCE MINISTRIES**
102 E. Kelso Street, Inglewood CA 90301 Tel: (323)595-7401, (323)752-3048
Fed. EIN: 20-3832853, State ID: 2850007
www.bloodofjesusministries.org e-mail: toyeseoyeyemi@gmail.com

July 4, 2021

The Honorable Denise L. Cote

United State District Court

Southern District of New York

### Re: Victor Ahaiwe

I am writing this letter of recommendation for **Victor Ahaiwe** whose family are members of our congregation. Over the past few years, I have known him to be compassionate, kind and hardworking. He is married and had four children with a nephew living together in Rancho Cucamonga, CA.

I am the Senior Pastor of the Church where the family are members in good standing and I have known Victor to be ambitious and likes to get things done. He is well liked by everyone for his sense of humor. I have been a minister for twenty-three years and I consider it a blessing knowing him.

As a member of our community, he is promising to be an achiever considering his background and his hunger for success. His strong spirit is reflected in his ability to brilliantly complete any given assignment which is an indication of his preparedness to face any challenge he pursues with ease. On the basis of this promising future, we are asking for leniency for Victor.

Please do not hesitate to contact me should you need more information about Victor.

Pastor (Dr.) Ade Oyeyemi

Senior Pastor



# EZINIHITTE MBAISE PROGRESSIVE UNION
## SOUTHERN CALIFORNIA, USA

**EMPU**

**Motto:** "Onyeaghala NwaNneya"

July 8, 2021

To,

 Hon. Denise L. Cote

United States District Court

Southern District of New York.

Dear Honorable,

We are writing to express our Union plead for leniency for Mr. Victor Ahaiwe a strong financial member of the Ezinihitte Progressive Union of Southern California, (a non-Profit organization) registered with the states of California. Victor Ahaiwe has been one of our dedicated members who helped in the formation of this organization thirteen years ago, a trustworthy community man.

 During the inauguration of EPU, Victor participated vigorously in making sure this Family Organization achieved its goal. In our community here in Los Angeles, Victor is a philanthropist who gives and donates help to both young and old people in need whenever he can.

Speaking on behalf of the Ezinihitte Progressive Organization / Personal character observation.

Victor Ahaiwe is a fully family oriented individual with family of 4 children ages 20yrs, 11yrs,5yrs and 2yrs

Victor Ahaiwe has always been known as a hardworking man, caring and loving father to his lovely family and with a good heart toward s his community, hence we as the organization request for your mercy and consider a release for Victor Ahaiwe.

For any further question or information feel free to contact us at the following email or phone numbers indicated below

Email: ███████████

Sincerely

Fidelis Agwamba

EPU President

Phone: ███████████

Martin Nwogu

EPU Member

Phone: ███████████



# Anglican Church of the Pentecost
Rev'd Canon Dr. Chris Okeke:(Rector)
*Motto: The Church where Holy Spirit Moves as Never Before*
Location: Carson Civic Center
801 E. Carson Street, Unit 132 A & B, Carson CA 90745
Tel: (310-462-7406)

July 5, 2021

The Honorable Denise L. Cote
United States District Court
Southern District of New York

Subject: Victor Ahaiwe

Your honor,
I am the rector of Anglican Church of The Pentecost, located at Carson Civic Center, 801 E Carson Street, Unit 132 A& B, Carson CA 90745.

My letter to the court is on behalf of Victor Ahaiwe. When I arrived in the United States many years ago Victor Ahaiwe already had a security company that employed people. I was one of his employees, and this employment gave me opportunity to have an income that enabled me take care of my family members. Victor Ahaiwe motivated me from time to time, while advising me that diligence to hard work and honesty was the passport to achieving my objectives in the country.

When I was attending seminary, Victor also provided me the support that I needed while studying as a student from time to time until I graduated from the seminary. His dedicated appeal to my success was exceptional, as he displayed his unconditional love and loyalty to his employee.

I am appealing to the court to have leniency on Victor Ahaiwe especially for his three children that are very young. Mentoring these children right now is a duty Victor is obligated to render to them as a father and locking him up would deprive these children of this precious natural benefit that they so deserve.

I can be reached at my email: ████████████ or on my phone at: █████████ to speak with you, your honor. Thanks for giving me the opportunity to write on behalf of Victor Ahaiwe. Your consideration is greatly appreciated.

Sincerely,

Rev Canon Dr. Christian A. Okeke
       (Rector)

From,
Darlington Ahaiwe



To,
The Honorable Judge

Dear Presiding Judge,

I am writing this letter given my Uncle, Victor Ahaiwe. I want to bring to your light the kind of person that he is despite the grave allegations that he has faced in recent time. I have known him my whole life (33 years) and he played a present whole in raising me to be the honest and driven man I am today. I have learned from his on-going ambitions and the many ways that I witnessed him give back to his Los Angeles community.

I am very aware of the charges that he is facing and the consequences of those but looking at the current situation of our grieving family, I would like to plead for leniency. He is an amazing uncle, who I have considered a second dad, and an even better father to my (4) younger cousins.

I hope you review this matter and consider this character reference letter before passing on any verdict. My uncle will strive to make amends, and I am sure we will see this through his never-ending generous endeavors.

Thank you,

Darlington Ahaiwe

The Honorable Judge Denise L Cote

United States district court For

the Southern district of New York

New York, NY 10007


From the day I was born my father has played one of the biggest roles in my life. Since a child he has always been there for me in every aspect, making sure I was clothed, fed, and picked up and dropped off from school. Not only did my father just help me but did all this while taking care of my other siblings and family members. There have been many people that my father has helped along my life and its really a blessing that I was able to witness him do all these great things for people and change their lives. My dad is a good man and a pure soul, if there was anybody that I aim my life to be set like, its like him and I wouldn't have it any other way. My dad was very big on principle and cleanliness, til' this day I have never seen my father drink, smoke, or break any kind of law. He always aimed people to steer away from bad paths and motivate people to have a better kind of life. He even mentored people at a rehabilitation center for people who were incarcerated and abused drugs. My dad pushed me forward to get into good schools and even get to the college I am today. Today was the first time I ever spent Father's day without my dad and it honestly hurts so much,  I never want to see anything bad happen to my father and it hurts so much seeing that I could go for years and years talking or writing about him but no pen and paper will ever ultimately resemble how much my father means to me, im thankful that he is in my life everyday. I love my father so much and I pray that people will open up and see the love and pride that my father brings everytime you just hear his name. There is a family that needs him and I pray that we can see him very much sooner than later. Feel free to reach me regarding anything at ▮▮▮▮▮▮▮▮▮

Sincerely,

▮▮▮▮▮▮▮▮

**Bright Onyenwe Jr.**

Dear Honorable Judge,

It's sadly unfortunate to hear about my Uncle Victor's current situation. I'm not sure what brought him down this road at this time, but I would like to share a few things that he did for me, leaving an impact on my life while growing up as a child to a young adult here in California. I am writing in hopes that perhaps you can reconsider how he is reprimanded.

While growing up in Los Angeles, my brother Wellington, my closest cousin Darlington, and I have spent several summers, while off from school for vacation, working at my Uncle Victor's local markets located in South Central Los Angeles. Uncle Victor taught us a great deal when it comes to working under pressure, building a business, and creating meaningful connections with members of the community. It evoked a hardworking spirit for us to become graduates of master degree's from the universities we attended. In addition, Uncle Victor's endeavors also taught us to strive hard to build a stronghold for our community here in the United States. We give back to our families and to those who helped us along the way. This was Uncle Victor's motto for us as we grew into our careers in our adult life.  We go through difficult challenges in life, although this moment of challenges my uncle is enduring is of a negative impact, this experience in his life are lessons he can turn into an impactful lesson to help himself and help others who've made similar mistakes. I hope this serves to help my Uncle in becoming a rehabilitated man who can continue doing what he did for us as children... which is to serve a better purpose to give back.

**Thank you**
**Bright Onyenwe**

FROM:

BRIGHT ONYENWE

████████████████

TO: WHOM IT MAY CONCERN

**SUBJECT: MR. VICTOR AHAIWE**

CHARACTER VOUCHING NARRATIVE

My name is BRIGHT ONYENWE, and I live at the address indicated above in Los Angeles California. Mr. Victor Ahaiwe is my brother-in-law. I am 62 years old and have known Mr. Ahaiwe Victor for more than 40 years. I am a retired U.S Army veteran with 20+ years of service to our nation. I have been privileged to observe Mr. Victor Ahaiwe grow from childhood to his present status. As a child growing up Mr. Ahaiwe was obedient to his parents. I observed him as he accompanied his father and mother to church services, and was chosen by the Anglican Bishop of Yaba then in Lagos Nigeria to be one of the church's dedicated teenagers that helped them during religious services.

During his elementary and secondary school years, Mr. Ahaiwe Victor displayed exceptional aptitude for his school work, and earned good grades both in the secondary school and the university. He earned numerous awards while attending schools distinguishing himself as an excellent student. He was elected the "senior prefect," while attending secondary school, a position that only the school elite held.

In Los Angeles where we live, Mr. Victor Ahaiwe started life as a lab technician, serving many hospitals. Shortly thereafter he opened multiple companies in Los Angeles employing lots of people in security and custodial management. He was recognized with a presidential citation by president Obama for exceptional contribution to the Los Angeles workforce at large in 2016.

He is among one of our African Christian Fellowship dedicated leaders, an organization that he served as a vice-president in St. James Episcopal Church of Los Angles on Wilshire Boulevard.

Mr. Victor Ahaiwe is married and has three children. These children need their father's mentoring now, and as they are growing up especially as most of them are still very young, and depriving them of this precious benefit would send a devastating, and irrevocable up-bringing message to all of them.

I am appealing to the court to have compassion on Mr. Victor Ahaiwe while deliberating on his case.

Sincerely,

*Bright O Onyenwe*

Bright Onyenwe
U.S. Army (Rtd)

The Honorable Denise L Cote

United States District Judge

Southern District of New York

500 Pearl St

New York

July 7, 2021

Subject: Character Reference Letter

Your Honor,

I am writing this letter to refer Mr. Victor Ahaiwe in regards to his character.

I would like to introduce myself as Ms. Nnenna Ekejiuba, working currently as a registered nurse at Kedren Mental Hospital,   Los Angeles California in the position of a Charge Nurse in the children's unit.

I am pleased to write this letter on behalf of my family friend Mr. Victor Ahaiwe who I have known in a variety of capacity for 7 years. His wife and I attended the same nursing school and he was our instructor for the Basic Life Support Certification. As a result of his benevolence he offered the services to me and other colleagues at no cost simply because we were his wife's colleagues. We also attend the same community and religious events were he made numerous contributions to ensure the growth of the organizations due to his love for excellence. He encourages youths in the community to focus on their studies and on multiple occasions he rewarded my son for academic achievements.

I am happy to let you know that Mr. Victor Ahaiwe is very honest, dependable, peaceful and conscientious to everyone he meets.  He is a very hardworking family oriented person with a wife and children including a 2 year-old child. It is unfortunate that he found himself in the present situation. Your Honor, I pray that you will give Mr. Victor Ahaiwe an opportunity for a second chance while you make a fair decision/ sentencing.

Please contact me at ███████████ f you need further information, thank you.

Yours Sincerely

Nnenna Ekejiuba



KARINA PLASCENCIA
Notary Public · California
Los Angeles County
Commission # 2351987
My Comm. Expires Mar 17, 2025

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me on this __07th__ day of __July__, 20_21_, by _Nnenna Ekejiuba_

_____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (Seal)

# ANAYO AKAMETALU

July 4, 2021

Honorable Denise L. Cote
United States District Court
Southern District of New York

Your Honor,

My name is Chief, Sir Anayo Akametalu, of ██████████████████, USA. I am a Civil
Engineer by profession; working for California Department of Transportation in Los Angeles
District 7 Construction Division. I am a faithful, practicing Christian, with a deep fear in the Lord;
I am the Chairman of Peoples Club of Nigeria International, Beverly Hills Branch (an elite social
Club), and a leader in the Igbo community in Southern California and also holds relevant posts
in many Associations within the Igbo community. I am happily married with five children that
work in different professions (PHD in Artificial Intelligence, Medical Doctor, CPA, Play Writer
and a Student).

I am writing to attest and support Mr. Ahaiwe Victor's good Character, Trust worthiness, Strong
believer in the Lord and a very faithful Christian. I have known Mr. Ahaiwe since past sixteen
Years and even come to know him better after joining the Peoples Club about four years ago.
Victor Ahaiwe is so caring that, offering help to the needy, shearing what he has, mentoring
young people and the community in general is a call to duty to him. Victor's kindness, his joy
and resilience in mentoring, relating and working with the young ones, earned him the name
"The young shall grow".

Your Honor, I am making a special plea on Victor's behalf, please tamper justice with mercy.
Victor has a very young family that dearly needs his presence. Having been blessed with three
children that are practically still very young (ages 2years, 5 years and 11 years), at this very
developmental stage, they will need their father very much, his absence for long may even be
catastrophic. Not to talk of the tool his absence will take on the young wife who will be
bordered with the heavy duties of working and making school runs at the same time. Needless
to mention that his absence will create a very notable vacuum in the community that has
always cherished his services.

The community and some of us who know Victor well and dearly are praying as we implore you
not to sentence Mr. Victor to a prolonged incarceration. Your Honor please, have compassion in
sentencing Mr. Victor Ahaiwe.

Sincerely,

Chief, Sir Anayo Akametalu.

Dear Judge,

I know anger can take over the heart for different situations you have come across, this situation involves my uncle, Victor Ahaiwe. I know he did hurt people during the process and that is unacceptable but I am saying sorry on my uncle, Victor Ahaiwe's behalf. My uncle is a nice person, he would always encourage me to do well in school and even if I fell behind in my classes he still believe in me. He would always get me a gift at the end of the school year for maintaining good grades. I love my uncle so much so if you could please release him me and many others will appreciate this kind gesture.


Thank you

█████████  (I am 12 years old)

Dear Judge please reqlese
uncle victor from the court
Jail Because he is a good uncle
he does a lot for me and always
help me. I am sad that you
redlesed uncle victor

(I am 7 years old)

Benjamin Ahaiwe



July 9, 2021.

RE: Mr. Victor Ahaiwe.

To,

The Honorable Denise L. Cote

United States District Judge,

Southern District Of New York.

My name is Benjamin Ahaiwe, elder brother to Victor Ahaiwe whom I have known all my life. We grew up as siblings and I believe I am in a position to speak on his moral character. Victor Ahaiwe is a good person, has always been kind, caring, generous, hardworking, goodwill towards others, and always there to give a helping hand to anyone that encounters him, that's the brother that I know him to be.

Victor Ahaiwe has a strong sense of duty, which applies in his job, known for being a dedicated husband and loving father with young kids, uncle, brother, a faithful Christian and a reliable member of the community. He is responsible, dependable, possesses a great deal of integrity and a decent brother.

I am very well aware of the charges that he is facing and the consequences of those but looking at the current situation of his young family, I would like to plead for leniency and I hope that you will give an opportunity for a second chance.

Thank you, your Honor, for your consideration of my brother's case and for your valuable time, please do not hesitate to contact me should you need more information about Victor.

Sincerely,

Benjamin Ahaiwe.



# **Grand Canyon University**

## Office of Academic Records

3300 W Camelback Rd
Phoenix, AZ 85017

Wednesday, May 19, 2021

Dear Victor Ahaiwe,

It is our pleasure to notify you of your official acceptance for admission to Grand Canyon University in the Master of Science in Clinical Mental Health Counseling with an anticipated start date of May 20, 2021. It is our desire to be as helpful and informative as possible during your enrollment process. Your personal University Counselor is available to assist you.

Congratulations again on your acceptance. Please let us know how we can serve you as you pursue excellence in your academic endeavors.

Sincerely,
Office of Academic Records
Grand Canyon University

Remove your new Pocket License from the receipt portion and carry it with you at all times.

*(Please cut along the dotted lines)*

**Bureau of Security and Investigative Services**
P.O. Box 989002
West Sacramento, CA 95798-9002
(916) 322-4000



**Bureau of Security and Investigative Services**
P.O. Box 989002
West Sacramento, CA 95798-9002
(916) 322-4000

STATE OF CALIFORNIA
**DCA**
DEPARTMENT OF CONSUMER AFFAIRS

**PRIVATE PATROL OPERATOR**

License No. ▇▇▇▇▇▇    Expiration 10/31/2021

OWN, QM OF
IDEAL SECURITY SERVICES
VICTOR O AHAIWE

▇▇▇▇▇▇▇▇▇▇▇    ▇▇▇▇

# I M P O R T A N T

1. Include your license number on any correspondence you send the Bureau regarding your private patrol operator license.

2. Changes to your address or name must be reported to the Bureau within 30 days. See the Bureau's website for information on how to report these changes.

3. If license is lost or stolen, you can apply for a replacement card. See the Bureau's website for application form.

4. Please carry the pocket license with you.

License No.        Expiration Date        Receipt No.
▇▇▇▇▇▇            10/31/2021            ▇▇▇▇

IDEAL SECURITY SERVICES

**This is your RECEIPT.        Please save for your records.**
1204.CERT04P.080819

VICTOR O AHAIWE
T13P2 ***AUTO**ALL FOR ADC 900

BUREAU OF SECURITY AND INVESTIGATIVE SERVICES
PO BOX 989002
WEST SACRAMENTO CA 95798-9002

HEALTHCARE PROVIDER

Healthcare
Provider

American
Heart
Association®

This card certifies that the above individual has successfully
completed the cognitive and skills evaluations in accordance with
the curriculum of the American Heart Association BLS for Healthcare
Providers (CPR and AED) Program.

Issue Date _____   Recommended Renewal Date _____

PEEL
HERE

This card contains unique security features to protect against forgery.

Training
Center Name PREPARE E.T.S.   TC ID CA01429

TC Inglewood, CA 90302 (323)547-
Info   City, State   ZIP   Phone 8993

Course IDEAL HEALTH 1st RESCUE-L.A.
Location (213)603-1789

Instructor   0612 04 03663
Name VICTOR AHAIWE

Holder's
Signature

© 2011 American Heart Association   Tampering with this card will alter its appearance.   90-1801

90-1801   3/11

---

HEALTHCARE PROVIDER

Healthcare
Provider

American
Heart
Association®

This card certifies that the above individual has successfully
completed the cognitive and skills evaluations in accordance with
the curriculum of the American Heart Association BLS for Healthcare
Providers (CPR and AED) Program.

Issue Date _____   Recommended Renewal Date _____

PEEL
HERE

This card contains unique security features to protect against forgery.

Training
Center Name PREPARE E.T.S.   TC ID CA01429

TC Inglewood, CA 90302 (323)547-
Info   City, State   ZIP   Phone 8993

Course IDEAL HEALTH 1st RESCUE-L.A.
Location (213)603-1789

Instructor   0612 04 03663
Name VICTOR AHAIWE

Holder's
Signature

© 2011 American Heart Association   Tampering with this card will alter its appearance.   90-1801

90-1801   3/11