Collation of Tenants 5444 Crenshaw Bl, LA CA 90043
08-12-2021
Honorable Denise Cote,
Daniel Patrick Moynihan
United States Courthouse
500 Pear St.
New York, NY 10007-1312

RE: United States vs. Ahaiwe

Dear Judge Cote,

Victor Ahawie could have made a poor choice in choosing to sublet his office space with unknown to him convicted fraud experts, as in the case of Michael Wayne and Mr. Hamm Bass, as their criminal record speaks for itself. But Ahawie is an honest business man and very responsible.

We are expecting Ahawie attorney to request us for witness in the hearing since both the CIA and the FBI interviewed us as co-tenants. We told the law enforcement agencies that Ahawie barley used his office, but we understood that there is a unresolved issue between Ahawie and Wells Fargo Bank Inc. since 2017, the investigators from Wells Fargo Bank had always wanted a way to stop Ahawie continuous litigation, Ahawie was defrauded by Wells Fargo Bank for a property worth $1.2 Million USD.

Mr. Bass and Mr. Wayne had admitted ownership to the equipment confiscated by the law enforcement agencies, but it is ridiculous for us to hear that the law enforcement agency maliciously tagged it to Ahawie.

Mr. Ahawie could have a political issue with the CIA and FBI for being vocal always on the internet about the deplorable conditions of African countries especially Nigeria, a handwork of CIA to continuously impoverish that nation, but to tag Ahawie to these nonsense crimes is outrageous.

Absence of evidence is not the same as evidence of absence. All evidence to exonerate AHAIWE from this horrible crime were hidden, we suspect that Mr. Wayne, arrested in Riverside County for fraud, must have struck a deal with the law enforcement agencies to help to bring Ahawie down, the same county where the law enforcement agencies drew their search warrants and completely different from the county where Ahawie does business nor live.

Your honor, please do not send an innocent man to jail.

Thanks

Yours Sincerely

Youth Club Organisation
5444 Crenshaw Bl
LA CA 90043





NEW YORK
26 AUG 2021

FOREVER / USA

HONORABLE DENISE COTE
DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007-1312

5446 CRENSHAW BLV
LA CA 90043

10007-131699

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232

The enclosed letter was processed through mail processing for forwarding to you. This correspondence was neither opened nor inspected. The letter has neither question or a problem over which this facility has jurisdiction, you may wish to return the material for other information or clarification. If the writer encloses correspondence to another addressee, please for forwarding to the above address. return the enclosure to the above address.