Collation of Tenants 5444 Crenshaw Bl, LA CA 90043
08-02-2021

RECEIVED
AUG 31 2021
CHAMBERS OF
DENISE COTE

Honorable Denise Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE: United States vs Ahaiwe

Dear Judge Cote,



There are twelve office suites in this building, but specifically suite 209 has four different businesses in operation. Victor Ahaiwe alias "Doc" as we know him for vast medical knowledge, and a registered ~~doctor~~ with the American Heart Association is a partner to that office.

We are consigned that the wrong man is going to pay for another mans crime in the person of Ahaiwe, this young man sublets his office to three other business operators since he barley visits his office after relocating two hours away in 2018.

He may have made a poor choice leaving his office to the wrong hands but he is not a criminal. FBI and CIA agents took names of four other tenants in this building, and promised him that he would be invited to act as witness for Ahaiwe, but they lied to us.

Your honor, the evidence presented to convict Ahaiwe by the jury could have been one-sided if ever there was a guilt verdict. Ahaiwe's legal team should be blamed for ineffective legal representation which is not enough reason to send an innocent man to jail, there is a lot to this case and the law enforcement agents are hiding a lot of information to exonerate Ahaiwe.

Please your honor treat Ahaiwe with mercy.

Thank You

Tax lady Express
5444 Crenshaw Bl
LA CA 90043

TAX OFFICE
5444 CRENSHAW BL
Los angeles, CA 90043

NEW YORK NY 100
26 AUG 2021 PM 12 L

FOREVER / USA

Honorable Denise Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl street
New York, NY 10007-132

USM P3
SDNY

10007-133099

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232
The enclosed letter was processed through
mail procedures for forwarding to you.
The letter has neither been opened nor inspected.
If the writer raises a question or a problem over
which this facility has jurisdiction, you may wish
to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please
return the enclosure to the above address.