Honorable Denise Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE: United States vs Ahaiwe

Dear Judge Cote,

We were questioned by the FBI and CIA regarding the incident that happened in our building, 5444 Crenshaw Blvd in Los Angelis California on February 27th 2020. Our information that we have collected for witness and purposes but none of course were invited to NY to act as witness for Ahawie. We believe that the wrong message was passed to the jury and the court was deceived,

Ahawie could be a pigeon thriving among ducks, but that does not make him a duck, Ahawie could be a pigeon allow ducks to get decent shelter and trying to show ducks a better way to live decently, but that does not make him a full breed duck. We were completely disappointed with the the law enforcement agencies, especially the FBI and CIA for deceiving us just because we could not abide to their pressure to lie against Ahawie, that man is an honest business man, advocating for African freedom always accusing the CIA for their dangerous role to impoverish that continent.

A time comes when silence is a betrayal we refuse to keep silent over Ahawie's jury verdict, the prosecutors had a one-sided information, the law enforcement agencies wanted to bring Ahawie down by every means necessary. We told Ahawie's legal team that we were ready to come forth and be witness for Ahawie, but we were not invited, justice must have flow to the beasts, and men must have lost their reasoning's. We know it is difficult to admit that a terrible mistake could have happened in the courtroom and is usually a steep hill to climb, this is a typical example.

Ahawie could have made poor judgment sharing office with Mr Bass and Michael Wayne, the two already have fraud and identity theft in their criminal history. But Ahawie is a decent man, we have known him for three years, he is not a criminal.

Please your honor treat him with kindness and mercy.

Thanks
*[signature]*
Real Estate Management
Suit 203
5444 Crenshaw Bl,
LA CA 90043

NEW YORK NY 100
26 AUG 2021 PM 1 L

5¢¢¢ Crenshaw Blvd
Los Angeles CA 90043

HONORABLE DENISE COTE
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
NY, NY 10007

10007-13095

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232

The enclosed letter was processed through
that procedures for forwarding to you.
The letter has neither been opened nor inspected.
If the writer raises a question or a problem over
which this facility has jurisdiction, you may wish
to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please
return the enclosure to the above address.