```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :      20cr179-11 (DLC)
                                          :
            -v-                           :         ORDER
                                          :
VICTOR AHAIWE,                            :
                                          :
                        Defendant.        :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that C.J.A. counsel Esereosonobrughue Onaodowan and Karloff Commissiong are relieved. The C.J.A. counsel on duty this day, Leonardo M. Aldridge, is appointed to represent the defendant.

IT IS FURTHER ORDERED that a joint status letter from both newly appointed counsel for the defendant and counsel for the Government is due on September 24, 2021. In that letter, counsel shall state whether the defendant intends to file a motion for a new trial based on ineffective assistance of counsel or wishes to proceed to sentencing.

IT IS FURTHER ORDERED that should defendant wish to proceed with a motion, counsel shall propose a briefing schedule. If defendant wishes to proceed to sentencing, counsel shall propose a new schedule for the submission of sentencing submissions.

SO ORDERED:

Dated:   New York, New York
         September 15, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　　　United States District Judge