```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :    20cr179-11 (DLC)
                                        :
            -v-                         :    ORDER
                                        :
VICTOR AHAIWE,                          :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    Having received submissions from the defendant asserting that his trial counsel was ineffective, the Court relieved trial counsel on September 15, 2021 and appointed Leonardo M. Aldridge to represent the defendant. In Orders of September 15 and September 24, the Court has granted the defendant's new attorney permission to file a motion for a new trial. The defendant, in a letter received and docketed on October 1, complains about Mr. Aldridge, and asks the Court to appoint another attorney to represent him. On October 4, Mr. Aldridge reported that the defendant wishes to represent himself. It is hereby

    ORDERED that the defendant's request for appointment of another attorney is denied. The defendant may retain his own counsel, but he may not select which appointed attorney will be assigned to represent him.

    IT IS FURTHER ORDERED that, unless and until the defendant's request to proceed pro se is approved, the defendant

shall cease writing the Court. His correspondence should be directed to his attorney.

IT IS FURTHER ORDERED that Mr. Aldridge shall read or otherwise provide this Order to the defendant. Mr. Aldridge remains counsel for the defendant until such time as he is relieved by the Court.

IT IS FURTHER ORDERED that a conference will be held on **Thursday, October 7, at 3:00 pm** to conduct an allocution with the defendant to determine whether he knowingly and voluntarily waives the right to counsel and to set a schedule for the filing of post-trial motions. The sentence is adjourned sine die to follow the disposition of any post-trial motions.

SO ORDERED:

Dated:   New York, New York
         October 4, 2021

_____
DENISE COTE
United States District Judge