```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA,              :   20cr179-11 (DLC)
                                       :
            -v-                        :   ORDER
                                       :
VICTOR AHAIWE,                         :
                                       :
                    Defendant.         :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that a conference will be held on **Thursday, November 4, 2021 at 11:00 AM** to conduct an allocution with the defendant to determine whether he knowingly and voluntarily waives the right to counsel and to set a schedule for the filing of sentencing submissions and schedule sentence.

SO ORDERED:

Dated:   New York, New York
         October 22, 2021

                                    _____
                                         DENISE COTE
                                    United States District Judge