**LEONARDO M. ALDRIDGE**
Attorney-At-Law
20 Vesey St., Suite 400
New York, N.Y. 10007

October 28, 2021

**BY ECF**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St. New York, NY 10007-1312

Re: U.S. v. Victor Ahaiwe, Cr. No. 20-179 (DLC)

Your Honor:

The Court has scheduled a hearing for November 4 to assess whether Mr. Victor Ahaiwe knowingly and voluntarily waives his right to counsel. (Docket No. 461) Because of a calendar conflict, I respectfully request that the Court advance the hearing to either November 2 in the afternoon or November 3 at any time. If this is not possible, I will of course arrange to be present on November 4. The government has kindly consented to the defense's request to advance the hearing to the previously mentioned dates and times.

Respectfully,

*S/Leonardo M. Aldridge*

Cc AUSAs Kevin Mead and Jun Xiang

*[Handwritten note:] The conference will be held on 11/3/21 at 2:30 pm in Courtroom 18B.*

*[Signed] Denise Cote*
*10/29/21*

1