UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :    20cr179-11 (DLC)
                                     :
        -v-                          :    ORDER
                                     :
VICTOR AHAIWE,                       :
                                     :
                 Defendant.          :
                                     :
-------------------------------------X

DENISE COTE, District Judge:

   It is hereby

   ORDERED that the conference scheduled for November 3, 2021 is cancelled due to the defendant's quarantine. The Government shall provide a status report by November 12, 2021.

   SO ORDERED:

Dated:    New York, New York
          November 3, 2021

                                    _____
                                            DENISE COTE
                                    United States District Judge