UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                        :   20-CR-179-11 (DLC)
UNITED STATES OF AMERICA,               :
                                        :   ORDER
            -v-                         :
                                        :
VICTOR AHAIWE,                          :
                                        :
            Defendant.                  :
                                        :
---------------------------------------X

DENISE COTE, District Judge:

   It is hereby

   ORDERED that a conference will be held on **Thursday, November 18, 2021** at **3:00 PM** to conduct an allocution with the defendant to determine whether he knowingly and voluntarily waives the right to counsel and to set a schedule for the filing of sentencing submissions and schedule sentence.

   SO ORDERED:

Dated:   New York, New York
         November 12, 2021

                              _____
                                     DENISE COTE
                              United States District Judge