```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :     20cr179-11 (DLC)
                                         :
         -v-                             :            ORDER
                                         :
VICTOR AHAIWE,                           :
                                         :
                 Defendant.              :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Victor Ahaiwe's sentencing is scheduled for January 14, 2022. His sentencing submissions were filed on December 19, 2021. The Government's sentencing submissions are due January 7, 2022. Ahaiwe is represented by appointed CJA counsel Leonardo Aldridge.

On December 23, 2021, Jonathan Rosenberg filed a notice of appearance to represent Ahaiwe. No substitution of counsel may take place without permission of the Court. In a letter of December 27, attorney Aldridge seeks leave to withdraw and submit a voucher. It is hereby

ORDERED that the request for leave to withdraw is denied.

IT IS FURTHER ORDERED that any supplemental sentencing submissions from retained counsel must be filed by January 5.

IT IS FURTHER ORDERED that CJA counsel and retained counsel shall both appear at the January 14 sentencing proceeding. At

that time, any application to withdraw and for substitution of counsel will be addressed.

Dated:   New York, New York
         December 28, 2021

```
              _____
                    DENISE COTE
              United States District Judge
```