

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 7, 2022

**BY ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

Re:   **United States v. Victor Ahaiwe, 20 Cr. 179 (DLC)**

Dear Judge Cote:

The Government respectfully submits this letter request in connection with the in-person sentencing of Victor Ahaiwe scheduled for January 14, 2022. In anticipation of sentencing, the Government has contacted victims, including relatives of the deceased individual whose identity Ahaiwe stole (the "Decedent"). The Decedent's relatives, who live in Nigeria and Maryland, have advised that while they do not anticipate being able to attend in person, they would like to dial in to the sentencing if possible. The Government understands the Court does not normally open a dial-in for in-person proceedings.

In light of this request by the Decedent's relatives, and the restrictions on travel necessitated by the COVID-19 pandemic, the Government respectfully requests that the Court open a public dial-in for sentencing. We thank the Court for its consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by:   /s/ Jun Xiang
Jun Xiang
Kevin Mead
Assistant United States Attorneys
(212) 637-2289 / -2211

*Denied.*
*Denise Cote*
*1/7/22*

**CC**: All Counsel (By ECF)