UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :   20cr179-11(DLC)
                                      :
             -v-                      :   ORDER
                                      :
VICTOR AHAIWE,                        :
                                      :
                    Defendant.        :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

Having received information that the defendant is under quarantine and does not consent to appearing for sentencing by remote videoconference, it is hereby

ORDERED that the sentencing in this matter is rescheduled to **January 28, 2022 at 10:00 AM** in Courtroom 18B, 500 Pearl Street, New York, NY 10007.

SO ORDERED:

Dated:   New York, New York
         January 14, 2022

                              _____
                                       DENISE COTE
                              United States District Judge