UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :     20cr179-11(DLC)
                                      :
              -v-                     :     ORDER
                                      :
VICTOR AHAIWE,                        :
                                      :
                        Defendant.    :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

Having received information that the defendant is under quarantine and does not consent to appearing for sentencing by remote videoconference, it is hereby

ORDERED that the sentencing in this matter is rescheduled to **February 10, 2022 at 12:00 PM** in Courtroom 18B, 500 Pearl Street, New York, NY 10007.

SO ORDERED:

Dated:   New York, New York
         January 27, 2022

                                   _____
                                          DENISE COTE
                                   United States District Judge