```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
VICTOR AHAIWE,                           :      24cv5550(DLC)
                                         :
                    Petitioner,          :      20cr179-11 (DLC)
          -v-                            :
                                         :         ORDER
UNITED STATES OF AMERICA,                :
                                         :
                    Respondent.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

In a filing docketed on October 1, 2024, the petitioner indicated that he has been placed in a specialized housing unit. In a filing docketed on October 4, the petitioner responded to the Government's opposition to his motion to vacate his sentence pursuant to 28 U.S.C. § 2255. Accordingly, it is hereby

ORDERED that the petitioner's filing docketed on October 4, 2024 is construed as the petitioner's reply in support of his motion to vacate his sentence. The motion is deemed fully submitted as of October 4. No further response by the petitioner or the Government is required.

Dated:   New York, New York
         October 7, 2024

                                        _____
                                             DENISE COTE
                                        United States District Judge