```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :      20cr179-11 (DLC)
                                          :      24cv5550 (DLC)
            -v-                           :
                                          :            ORDER
VICTOR AHAIWE,                            :
                                          :
                      Defendant.          :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

Following his conviction at trial, Victor Ahaiwe was sentenced on February 11, 2022 principally to a term of 84 months' imprisonment. That conviction was affirmed on appeal on June 27, 2023. On January 23, 2025, Ahaiwe's petition for a writ of habeas corpus was denied ("January 23 Decision"). Ahaiwe v. United States, No. 24cv5550, 2025 WL 278476 (S.D.N.Y. Jan. 23, 2025). Ahaiwe filed a notice of appeal from the January 23, 2025 Decision on February 10, 2025. This Order addresses the five submissions to this Court made by Ahaiwe since his petition was denied.

In three submissions of February 18, Ahaiwe objects to the January 23 Decision and declares that he is a living person. In a motion received June 30 and docketed July 2, Ahaiwe complains that 24 Civ. 5550 should not have been closed because pending motions filed in that case remain unaddressed. Finally, in a submission of July 16, Ahaiwe requests that this Court's legal

errors be reviewed by the Chief Judge.  Ahaiwe having appealed the January 23 Decision, any errors in that decision are properly addressed by the Court of Appeals.  Accordingly, it is hereby

ORDERED that Victor Ahaiwe's requests of February 18, June 30 and July 16, 2025 are denied to the extent they seek reconsideration of the January 23 Decision.  Ahaiwe having not made a substantial showing of a denial of a federal right, a certificate of appealability shall not be granted.  Hoffler v. Bezio, 726 F.3d 144, 154 (2d Cir. 2013).  Pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this Opinion and Order would not be taken in good faith.  Coppedge v. United States, 369 U.S. 438, 445 (1962).

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to the defendant and note service on the docket.

Dated:    New York, New York
          July 25, 2025

                                   _____
                                           DENISE COTE
                                   United States District Judge