UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20cr179-11(DLC) |
| -v- | : | ORDER |
| VICTOR AHAIWE, | : | |
| Defendant. | : | |

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that C.J.A. counsel Phillip Hamilton is appointed to represent the defendant nunc pro tunc to August 17, 2026.

Dated: New York, New York
August 24, 2026

DENISE COTE
United States District Judge