UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

VICTOR AHAIWE,

Defendant.

20cr179-11 (DLC)

ORDER

DENISE COTE, District Judge:

Victor Ahaiwe has sentenced on February 11, 2022 principally to a term of imprisonment of 84 months. As described in a Memorandum Opinion and Order of March 13, 2026, Ahaiwe made numerous written submissions to the Court following the denial of his petition for a writ of habeas corpus. The Court determined that he was an abusive filer and on March 13, 2026 entered a filing injunction. The injunction allowed Ahaiwe to file a letter no long than two pages describing the relief he is seeking as well as the factual or legal basis for the relief. He was informed that the Clerk of Court would return any submissions to him that did not meet the injunction's specifications.

After the injunction was issued, Ahaiwe sent materials to the Clerk's Office that did not conform to the filing injunction and which were returned to him. PDFs of at least some of those submissions exist on the court's computer systems.

On May 26, 2026, Ahaiwe's three-year term of supervised release began. He resides in California and is under the supervision of the Probation Office in the Central District of California.

Between August and October 2026, the defendant made multiple telephone calls to Chambers. On some days, he would call Chambers four to six times in a row. He often demanded to speak with the Judge and was frequently abusive. My staff instructed him to talk to his attorney, reminded him that he could file a document no longer two pages, and did not permit him to talk to me.

Also, between August and October, Ahaiwe sent over fifty email communications to the Chambers email box. The Court did not respond to those emails. Most of those emails have been preserved, and in preparation for a conference to be held on November 10 are being copied onto CDs. A CD will be filed with the Clerk of Court. In addition, it is hereby

ORDERED that CDs containing the Ahaiwe emails sent to the Chambers email box are to be provided to counsel.

Dated: New York, New York
November 9, 2026

DENISE COTE
United States District Judge