UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

UNITED STATES OF AMERICA : 20cr179-11(DLC)

-v- : ORDER

VICTOR AHAIWE,

Defendant.

---------------------------------------- X

DENISE COTE, District Judge:

At a conference on November 10, 2026, this Court granted defendant Victor Ahaiwe's application to proceed pro se for his violation proceedings.

On November 11, the Government submitted a Protective Order for the Court's consideration signed by counsel for the Government and the defendant's standby counsel Phillip Hamilton. Accordingly, it is hereby

ORDERED that Mr. Hamilton shall meet with the defendant, explain the Order, and either obtain the defendant's signature on the Order or advise the Court that a conference is necessary to address the Protective Order.

IT IS FURTHER ORDERED that the hearing scheduled for November 18 is moved to 2:00 PM on the same date in Courtroom 18B, 500 Pearl Street.

Dated: New York, New York
November 12, 2026

DENISE COTE
United States District Judge