**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 17, 2026

The Honorable Denise L. Cote
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: *United States v. Victor Ahaiwe*, 20 Cr. 179 (DLC)**

Dear Judge Cote:

The Government writes with respect to the upcoming hearing in this action on November 18, 2026, regarding the defendant's violations of supervised release. Pursuant to discussions the Government has had with the U.S. Probation Office for the Central District of California, which was supervising the defendant, the Government respectfully requests that the Court authorize the release of the supervision file materials concerning the defendant (including any chronologies) in the possession of the U.S. Probation Office for the Southern District of New York.

Granted.
Denise Cote
11/17/26

Very truly yours,

JAMES M. MCDONALD
United States Attorney

by: /s/
Kevin Mead
Jun Xiang
Assistant United States Attorneys
Southern District of New York
(212) 637-2211/2289

CC: Phillip Hamilton, Esq. (via ECF)
Probation Officer Hildery Huffman (via email)